UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCHA UNGAR, MIRIAM LUNGER, and ABRAHAM LUNGER,<br><br>                      Plaintiffs,<br><br>            v.<br><br>JETBLUE AIRWAYS CORPORATION and JANE DOE,<br><br>                     Defendants. | No. 24-CV-1494 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

        An initial pretrial conference was previously scheduled in this matter for April 26, 2024 at 2:00 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to April 26, 2024 at 5:30 p.m.

        Should this present a conflict for either party, they may make an application to the Court, no later than April 24, 2024, by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    April 22, 2024
             New York, New York

                                                        Ronnie Abrams
                                                      United States District Judge