UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRUCHA UNGAR, MIRIAM LUNGER,
and ABRAHAM LUNGER,

                    Plaintiffs,

          v.

JETBLUE AIRWAYS CORPORATION,
JANE DOE (a flight attendant, the name
being fictitious as her identity is unknown),
and JOHN DOE (a flight captain/pilot, the
name being fictitious as his identity is
unknown),

                    Defendants.

No. 24-CV-1494 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 23, 2025, the Court dismissed the amended complaint for lack of venue. In so doing, the Court provided Plaintiffs thirty days to file a second amended complaint. Plaintiffs have not done so. Accordingly, the Clerk of Court is respectfully directed to close the case

SO ORDERED.

Dated:    April 7, 2026
          New York, New York

                              Ronnie Abrams
                              United States District Judge